*Charles Denston et al.* v. *Robert Morris et al.* L. H. SANDFORD, for appellants; D. S. JONES, for defendants.

Decree appealed from affirmed with costs.

*The President, Managers and Company of the Delaware and Hudson Canal Co.* v. *John Elting, Jun. et al.* G. A. BICKNELL, for complainants; G. A. SHUFELDT, for defendants.

Decided that the want of a schedule of the property assigned by a debtor is only a badge of fraud, and is not conclusive evidence of an intent to defraud the creditors of the assignor.

Want of schedule to assignment by debtor.

Application for an injunction and to extend the receivership to the assigned property denied, with $15 costs.